UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TODD RUGGIERO,                            )
                                          )
            Plaintiff,                    )
                                          )      **JUDGMENT IN A CIVIL CASE**
      v.                                  )
                                          )      **CASE NO. 5:19-CV-546-D**
ANDREW M. SAUL, Commissioner of Social    )
Security,                                 )
            Defendant.                    )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 24]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 16], DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on March 24, 2021, and Copies To:**
| | |
|---|---|
| Scott A. Scurfield | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:                                     PETER A. MOORE, JR., CLERK
March 24, 2021                            (By) /s/ Nicole Sellers
                                          Deputy Clerk